UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Nareshkumar Parmar;**
**Daxa Parmar**; and Does 1-10,

    Defendants

**Case No**. 2:15-CV-00256-KJM-EFB

**[PROPOSED] ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE**

Having read the foregoing stipulation, and good cause appearing, the settlement conference previously scheduled for April 23, 2015 at 10:00 a.m. is hereby continued to **October 15**, 2015 at 10:00 a.m. before the undersigned

Dated: April 13, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order