UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | ) Case: 2:15-cv-00256-KJM-EFB |
| Plaintiff, | ) **[PROPOSED] ORDER ON REQUEST TO** |
| v. | ) **VACATE DEBTOR EXAM** |
| **Nareshkumar Parmar,** et al. | ) Date:        5/25/2022 |
| Defendants. | ) Time:        10:00 am |
| | ) Courtroom:   8 |

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Nareshkumar Parmar scheduled for 5/25/2022 is vacated.


Dated:        May 25, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam